201603507
(slf)

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NOTHERN DIVISION AT ASHLAND

| | |
|---|---|
| **Wells Fargo Bank, N.A.** | Case No. 0:16-cv-00018-HRW |
| Plaintiff/Respondent, | |
| vs. | |
| | Case No: 14-CI-00292 |
| **Karen D. Smith, et al.** | |
| Defendants/ Petitioner. | |

## NOTICE OF APPEARANCE OF COUNSEL

Bill L. Purtell hereby enters his appearance as Counsel for Plaintiff/Respondent Wells Fargo Bank, N.A..  All pleadings and papers should be served upon him as follows:

        Bill L. Purtell
        Lerner, Sampson & Rothfuss
        120 East Fourth Street, 8th Floor
        Cincinnati, OH  45202-4007

Or by email at:  Bill.Purtell@lsrlaw.com

        Respectfully submitted,

        /s/ Bill L. Purtell
        Bill L. Purtell
        Counsel for Plaintiff
        KBA No. 89667
        LERNER, SAMPSON & ROTHFUSS
        P.O. Box 5480
        Cincinnati, OH 45201-5480
        (513) 241-3100  ext. 3991
        Bill.Purtell@lsrlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Notice of Appearance was furnised by USPS 1st Class Mail to:

Karen D. Smith
1580 Crane Creek Road
Grayson, KY 41143

Kenneth D. Smith
1580 Crane Creek Road
Grayson, KY 41143

                                              /s/ Bill L. Purtell
                                              Bill L. Purtell
                                              Lerner, Sampson & Rothfuss