201603507
(slf)

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NOTHERN DIVISION AT ASHLAND

| | |
|---|---|
| Wells Fargo Bank, N.A. | Case No. 0:16-cv-00018-HRW |
| Plaintiff/Respondent, | Judge Henry R. Wilhoit, Jr |
| vs. | |
| Karen D. Smith, et al. | **NOTICE OF FILING** |
| Defendants/ Petitioner. | |

Now comes the plaintiff, Wells Fargo Bank, N.A., by and through counsel, to hereby give notice of the filing of an Order Remanding case to State court.

/s/ Bill L. Purtell
Bill L. Purtell
Counsel for Plaintiff
KBA No. 89667
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
attyemail@lsrlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and exact copy of the foregoing Notice of Filing has been duly served upon the following by ordinary U.S. Mail this 11th day of March, 2016:

Karen D. Smith
1580 Crane Creek Road
Grayson, KY 41143

Kenneth D. Smith
1580 Crane Creek Road
Grayson, KY 41143

/s/ Bill L. Purtell
Bill L. Purtell