Eastern District of Kentucky
FILED
MAR 14 2016
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATE DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A. | CASE NO: 0:16-CV-00018-HRW |
| PLAINTIFF / RESPONDENT | |
| V | |
| Karen D Smith, ET AL. | CASE NO: 14-CI-00292 |
| DEFENDANT / PETITIONER | |

AMENDED

## MOTION TO ORDER CASE FILE TRANSFER TO FEDERAL COURT

PLEASE TAKE NOTICE, that Petitioner Karen D Smith has filed a Motion of

Indigency and Motion to Proceed *In Form Pauperis*, first filed Feb 17, 2016, denied

Feb 18, 2016 and resubmitted Feb 29, 2016 due to a filing error.

Additionally petitioner

must comply with Federal Court Local Rule 4.02(b) but cannot afford the state court

fees to transfer the complete file as this file is voluminous and estimated to be nearly

1,000 to 1,500 pages (or more). As such, the undersigned motions this court or in the

alternative, consider this a Writ of Mandamus to order the US District Court Clerk,

Northern District of Kentucky, Robert R Carr to obtain the court file of case number

14-CI-00292 from Allen K Reed, Clerk of the Circuit Court for 20th Judicial Circuit,

Greenup County (address 301 Main St, Greenup, KY 41144). Failure to

obtain this file would be a violation of the petitioner's Constitutionally Guaranteed

Right to Due Process, guaranteed in the Fifth and Fourteenth Amendment to the US

Constitution, *"nor be deprived of life, liberty, or property, without due process of law"* as well as *"nor shall any State deprive any person of life, liberty, or property, without due process of law"* see Morrissey v. Brewer, 408 US 471,481 (1982). *"The requirements of procedural due process apply only to the deprivation of interests encompassed by the Fourteenth Amendment's protection of liberty and property."* Failure to give the petitioner her due process rights could subject the petitioner to permanent loss of property by an unknown entity that in nearly two years has yet to properly identify itself in the state court, as the named purported plaintiff names in the case do not exist as the true party entitled to enforce, PETE. The state court is repeatedly failing to follow Kentucky Rules of Civil Procedure and thereby violating the Constitutionally Guaranteed Rights of the petitioner, and therefore petitioner requests relief and redress of grievance from the US District Court.

Respectfully submitted,

*Karen Smith*
Karen D Smith        (606) 315-1257
1580 Crane Creek Road
Grayson, KY  41143

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, a true and correct copy of the foregoing _____ Amended MOTION TO ORDER CASE FILE TRANSFER TO FEDERAL COURT was furnished by hand delivery or USPS 1st Class Mail to:

KY Eastern US District Court
1405 Greenup Avenue
Ashland, KY  41101

on this  5th day of March, 2016

*Karen Smith*
By:  Karen D Smith